15 A.3d 333

**Florence THOMPSON, Petitioner**

v.

**Jennifer HOUSEMAN, Respondent**

**No. 99 EM 2010.**

Supreme Court of Pennsylvania.

Nov. 18, 2010.

## *ORDER*

PER CURIAM

**AND NOW,** this 18th day of November, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**